# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D24-0065
LT Case No. 2018-CF-13393-A

_____

GAMBA KENTE RAY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Hillsborough County.
Laura E. Ward, Judge.

Howard L. Dimmig, II, Public Defender, and Clark E. Green,
Assistant Public Defender, Bartow, for Appellant.

No Appearance for Appellee.

March 12, 2024

PER CURIAM.

AFFIRMED.

LAMBERT, JAY, and BOATWRIGHT, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————